IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CHRISTINE Y. VILLARDO )
and RICHARD JOSEPH M. VILLARDO, )
)
      Plaintiffs, ) TC-MD 140395N
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
      Defendant. ) **FINAL DECISION**

      This Final Decision incorporates without change the court's Decision entered November 7, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

      This matter is before the court on Defendant's Answer filed November 6, 2014. Plaintiffs filed their Complaint on October 27, 2014, appealing Defendant's Notice of Proposed Adjustment and/or Distribution, dated July 8, 2014, for the 2013 tax year. Plaintiffs requested an "income tax refund of $1,226.00." (Ptfs' Compl at 1.) In its Answer, Defendant stated "Defendant is in agreement with Plainiff[s]. Defendant recommends abating the tax of $1,226." (Def's Ans at 1.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION TC-MD 140395N             1

IT IS THE DECISION OF THIS COURT that Defendant's Notice of Proposed Adjustment and/or Distribution, dated July 8, 2014, be cancelled, and that Plaintiffs are to be paid a refund of $1,226 with statutory interest.

Dated this ____ day of November 2014.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Magistrate Allison R. Boomer on November 28, 2014. The Court filed and entered this Final Decision on November 28, 2014.*